IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DREXEL MCCURTY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00059-TES-CHW |
| | * |
| STATE OF GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of June, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk